BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00098 AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| CARLOS VASQUEZ-HERNANDEZ, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, attorney for Carlos Vasquez-Hernandez, that the status conference set for May 14, 2012 at 1:00 pm be continued to May 29, 2012 at 1:00 pm.  The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 14, 2012.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

1

Dated: May 3, 2012                          Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                       By   /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

Dated: May 3, 2012                          /s/ Marc Days
                                            MARC DAYS
                                            Attorney for Carlos Vasquez-
                                            Hernandez

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, May 29, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:  May 10, 2012**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE